UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

George Moore
                         Plaintiff,

v.                                            Case No.: 1:20–cv–07666
                                                           Honorable Matthew F. Kennelly

Tribune Publishing Company
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 23, 2021:

        MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 11/23/2021. Plaintiff's motions for preliminary approval of settlement [39] [43] are granted. The parties are directed to send out notices. Preliminary approval hearing is set for 3/24/2022 at 9:00 a.m. The following call–in number will be used for the hearing: 888–684–8852, access code 746–1053. The parties are to submit a revised preliminary approval order to Judge Kennelly's proposed order email address. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.