**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

George Moore
                    Plaintiff,

v.                                         Case No.: 1:20–cv–07666
                                                                                   Honorable Matthew F. Kennelly

Tribune Publishing Company
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 24, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic preliminary approval hearing held on 3/24/2022. Plaintiff's motion for attorney fees [46] and the motion for settlement [49] are granted for the reasons stated on the record. The parties are directed to submit a proposed order to Judge Kennelly's proposed order email address. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.